# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  09CR1775-L |
| Plaintiff, ) | |
| ) | **ORDER TO CONTINUE** |
| vs. ) | |
| ARTURO RIVERA-GALLEGOS, ) | |
| Defendant. ) | |

    THE COURT HEREBY ORDERS, upon joint motion of the parties, that the Monday, October 5, 2009, motion hearing be continued to Monday, October 19, 2009, at 2:00 p.m.

**IT IS SO ORDERED.**

DATED:  October 1, 2009

                                                    M. James Lorenz
                                                    United States District Court Judge